# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LONNIE L. LASSETTER**                                                                  **PLAINTIFF**

v.                                    No. 4:13CV203 KGB

**METROPOLITAN HOUSING ALLIANCE**                                        **DEFENDANT**

## ORDER

Given the parties' settlement on September 11, 2013, the Court suspends its Final Scheduling Order (Dkt. No. 8). The Court will enter judgment dismissing all claims with prejudice on October 11, 2013, unless one of the parties seeks some other action before that date.

SO ORDERED this 16th day of September, 2013.

_____
Kristine G. Baker
United States District Judge